| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
|   | KELLY, HERLIHY & KLEIN LLP |
| 3 | 44 Montgomery Street, Suite 2500 |
|   | San Francisco, CA 94104-4798 |
| 4 | Tel.:  (415) 951-0535 |
| 5 | Fax:  (415) 391-7808 |
|   | Email: herlihy@kelher.com |
| 6 |         jtb@kelher.com |
| 7 | |
| 8 | Attorneys for Defendants |
|   | UNUM GROUP (Erroneously named and served as "UNUM" |
| 9 | and formerly known as UNUMPROVIDENT CORPORATION) |
|   | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 10 | (Erroneously named and served as "UNUM PROVIDENT LIFE |
|   | INSURANCE COMPANY OF AMERICA"), FIRST UNUM |
| 11 | LIFE INSURANCE COMPANY OF AMERICA, and THE |
| 12 | PAUL REVERE LIFE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER, | ) ) ) ) | Case No.:  C07-2846 SC |
| Plaintiff, | ) ) ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]** |
| vs. | ) ) | |
| UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2 than the named parties, there is no such interest to report.

KELLY, HERLIHY & KLEIN LLP

Dated: June 12, 2007         By_____/s/_____
                                John T. Burnite
                                Attorneys for Defendants
UNUM GROUP (Erroneously named and served as "UNUM"
and formerly known as UNUMPROVIDENT CORPORATION)
UNUM LIFE INSURANCE COMPANY OF AMERICA
(Erroneously named and served as "UNUM PROVIDENT LIFE
INSURANCE COMPANY OF AMERICA"), FIRST UNUM
LIFE INSURANCE COMPANY OF AMERICA, and THE
PAUL REVERE LIFE INSURANCE COMPANY

E:\27162\P03.doc

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-2846 SC