| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
|   | KELLY, HERLIHY & KLEIN LLP |
| 3 | 44 Montgomery Street, Suite 2500 |
|   | San Francisco, CA 94104-4798 |
| 4 | Tel.: (415) 951-0535 |
|   | Fax: (415) 391-7808 |
| 5 | Email: herlihy@kelher.com |
|   |        jtb@kelher.com |
| 6 | |
| 7 | |
|   | Attorneys for Defendants |
| 8 | UNUM GROUP (Erroneously named and served as "UNUM" |
|   | and formerly known as UNUMPROVIDENT CORPORATION) |
| 9 | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 10| (Erroneously named and served as "UNUM PROVIDENT LIFE |
|   | INSURANCE COMPANY OF AMERICA"), FIRST UNUM |
| 11| LIFE INSURANCE COMPANY OF AMERICA, and THE |
|   | PAUL REVERE LIFE INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER, | ) | Case No.: C07-2846 SC |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |
| vs. | ) | |
| UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants | ) | |

1  I, ZHANNA KOPYLOV, declare:

2  I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On June 1, 2007, I served a copy of the **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**, on the interested parties in this action, along with the following documents:

1) Order Setting Initial Case Management Conference and ADR Deadlines;
2) Order Setting Case Management Conference;
3) Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement;
4) ECF Registration Handout;
8) US District Court, Northern District of California Information Sheet

by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, and addressed to:

Stephen W. Steelman, Esq.
Law Office of Stephen W. Steelman
22 Battery Street, Suite 333
San Francisco, CA 94111
Fax: (415) 593-3778

Attorney(s) for Plaintiff ALEXANDER SOMMER

At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 1, 2007, at San Francisco, California.

*/s/ Zhanna Kopylov*
ZHANNA KOPYLOV

E:\27162\P04.doc

-1-