THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
        jtb@kelher.com

Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE
COMPANYOF AMERICA, FIRST UNUM
LIFE INSURANCE COMPANY OF AMERICA, and THE
PAUL REVERE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>                Defendants | Case No.:   C07-2846 SC<br><br>**STIPULATION EXTENDING TIME FOR FILING AND SERVING RESPONSIVE PLEADING** |

1    Pursuant to Local Rule 6-1, defendants UNUM Group, Unum Life Insurance Company of
2  America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance
3  Company ("defendants") and plaintiff Alexander P. Sommer, by and through their respective
4  counsel, hereby stipulate that defendants' time for filing an answer or otherwise responding to
5  plaintiff's first amended complaint in the captioned matter shall be and hereby is extended from
6  June 7, 2007 to June 21, 2007

7        IT IS SO STIPULATED.

8

9                                            LAW OFFICE OF STEPHEN W. STEELEMAN
10
11  Dated: June    , 2007                     By
12                                                  Stephen W. Steelman
13                                                  Attorneys for Plaintiff
                                                    ALENXANDER P. SOMMER
14

15

16                                           KELLY, HERLIHY & KLEIN LLP
17
18  Dated: June 7, 2007                       By
19                                                  John T. Burnite
                                                    Attorneys for Defendants
20                                           UNUM GROUP, UNUM LIFE INSURANCE
                                             COMPANY OF AMERICA, FIRST UNUM LIFE
21                                           INSURANCE COMPANY OF AMERICA, and
22                                           THE PAUL REVERE LIFE INSURANCE COMPANY

23

24

25  E:\27162\P05.doc

26

27

28

                                          -1-