```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
 2  KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA 94104-4798
    Tel.: (415) 951-0535
 4  Fax: (415) 391-7808
 5  Email: herlihy@kelher.com
           jtb@kelher.com
 6
 7
    Attorneys for Defendants
 8  UNUM GROUP, UNUM LIFE INSURANCE
    COMPANYOF AMERICA, FIRST UNUM
 9  LIFE INSURANCE COMPANY OF AMERICA, and THE
    PAUL REVERE LIFE INSURANCE COMPANY
10
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
14  ALEXANDER P. SOMMER, an individual, by )  Case No.:   C07-2846 SC
    and through his Guardian ad Litem,      )
15  CHRISTIAN SOMMER,                       )
                                            )  STIPULATION EXTENDING TIME
16           Plaintiff,                     )  FOR FILING AND SERVING
                                            )  RESPONSIVE PLEADING
17       vs.                                )
                                            )
18                                          )
    UNUM, UNUMPROVIDENT                     )
19  CORPORATION; UNUM PROVIDENT LIFE        )
    INSURANCE COMPANY OF AMERICA;           )
20  FIRST UNUM LIFE INSURANCE               )
    COMPANY OF AMERICA; PAUL REVERE         )
21  LIFE INSURANCE COMPANY,                 )
                                            )
22                                          )
             Defendants                     )
23
24
25
26
27
28
```

1  Pursuant to Local Rule 6-1, defendants UNUM Group, Unum Life Insurance Company of
2  America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance
3  Company ("defendants") and plaintiff Alexander P. Sommer, by and through their respective
4  counsel, hereby stipulate that defendants' time for filing an answer or otherwise responding to
5  plaintiff's first amended complaint in the captioned matter shall be and hereby is extended from
6  June 7, 2007 to June 21, 2007

7  IT IS SO STIPULATED.

9                              LAW OFFICE OF STEPHEN W. STEELEMAN

11 Dated: June 7, 2007        By _____
12                                  Stephen W. Steelman
                                    Attorneys for Plaintiff
13                                  ALENXANDER P. SOMMER

16                              KELLY, HERLIHY & KLEIN LLP

18 Dated: June 7, 2007        By _____
19                                  John T. Burnite
                                    Attorneys for Defendants
20                                  UNUM GROUP, UNUM LIFE INSURANCE
                                    COMPANY OF AMERICA, FIRST UNUM LIFE
21                                  INSURANCE COMPANY OF AMERICA, and
22                                  THE PAUL REVERE LIFE INSURANCE COMPANY

25 E:\27162\P05.doc

                           **IT IS SO ORDERED**
                           Judge Samuel Conti
                           (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

-1-

STIPULATION EXTENDING TIME FOR FILING AND SERVING RESPONIVE PLEADING
CASE NO. C07-2846 SC