UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2846           SAMUEL CONTI            DATE 9/7/07
Case Number         Judge

Title: ALEXANDER SOMMER          vs UNUM, et al.

Attorneys:   --------------         JOHN BURNITE

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 9/21/97 @ 10:00 A.M. for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: The case is continued so the parties can determine if this case should be related to Judge Jensen's or Judge Armstrong's prior cases.

cc: