**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SOMMER, | No. C-07-2846 SC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| UNUM, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that all parties in the above-entitled action are to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on  September 21, 2007  at 10:00 A.M., then and there to show cause by actual appearance in Court, and by certification of counsel filed with the Court by Wednesday, September 19, 2007, why said action should or should not be dismissed for lack of prosecution, or otherwise disposed of. The certificate shall set forth in factual summary the nature of the action and present status and expected future course. **FAILURE TO COMPLY WITH THIS NOTICE WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL.**

**IT IS SO ORDERED.**

Dated: September 17, 2007

*Samuel Conti*

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California