# LAW OFFICE OF STEPHEN W. STEELMAN

22 BATTERY STREET, SUITE 333
SAN FRANCISCO, CA 94111
STEELMANLAWMAN@MSN.COM

Tel. (415)593-3777                                                                                          Fax. (415) 593-3778

19 September 2007

Honorable Samuel Conti
*UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA*
Courtroom One, Seventeenth Floor
United States Court House
450 Golden Gate Avenue
San Francisco, CA 94102

     **RE:**    **<u>Sommer v. UNUM et al United States District Court Case No.C-07-2846 SC</u>**

Dear Judge Conti:

    It is my unhappy duty to begin my first case in federal court, and my first interaction with your honor, by apologizing for having failed to appear at the initial Case Management Conference, in the above referenced matter, scheduled for September 07, 2007 at 10:00, a.m.

    The circumstances underlying such failure are, straightforwardly, that I, personally failed to calendar the hearing date correctly.  I deeply regret this failure and pray that the court will not allow my personal shortcoming to prejudice the case of my client, Alexander Sommer, who has been grievously harmed and continues to suffer as a result of the facts underlying this matter.

    In mitigation, I would like the court to know that I do have a calendaring system that includes both a computerized calendar and a plain, old fashioned, paper, calendar, with hand written notes on in.  In addition, since becoming aware of my failure to appear, I have hired a secretary who, as a part of her duties, will double check each of my calendar entries against whatever court or opposition paper announces the date, time and place of the relevant event.  I understand that it is I, and not any staff person whom I may employ, who am responsible for my calendar but hope that the addition of another pair of eyes on my schedule will prevent any recurrence of confusion on my part.

    I am deeply sorry for my failure to appear. I meant no disrespect to this court, to your honor or to opposing counsel, with whom I have thus far experienced only the most cordial of professional relationships.

    I understand that I am due to appear at the rescheduled case management conference on Friday, September 21 at 10:00 a.m., and that I must, before this day is over, have filed with the court a Certification why the action should not be dismissed or otherwise disposed of.

    Thanking the court for it's time in considering this letter, I am,

Very truly yours,


Stephen Steelman