UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2846        SAMUEL CONTI          DATE 9/21/07
Case Number      Judge

Title: ALEXANDER SOMMER        vs UNUM, et al.

Attorneys: STEPHEN STEELMAN        JOHN BURNITE

Deputy Clerk: T. De Martini    Court Reporter: Sylvia Russo

Court   Pltf's   Deft's
(xxx)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Defendant to file a Motion to Dismiss 10/1/07 by 4:00 P.M. The Motion should address the three factors for res judicata. The Defendant is simultaneously to file a statement of attorneys fees and costs so the Court has all necessary papers to make a comprehensive ruling if Defendant's motion is granted. Plaintiff to file a Reply to Defendant's Motion 10/9/07 by 4:00 p.m. the matter will stand submitted at that time with no appearance and no oral argument.