THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
         jtb@kelher.com

Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE
COMPANY OF AMERICA, FIRST UNUM
LIFE INSURANCE COMPANY OF AMERICA, and THE
PAUL REVERE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: C07-2846 SC<br><br>**DECLARATION OF JOHN T. BURNITE REQUESTING RECOVERABLE ATTORNEYS' FEES AND COSTS**<br><br>Specially Set For Submission on the Papers<br><br>Ctrm. 1 (17th Floor) |

I, John T. Burnite, declare:

1. I am an attorney at law duly admitted to practice in all courts in the State of California. I am an associate with the law offices of Kelly, Herlihy & Klein, LLP. Our office represents defendants UNUM Group f/k/a UnumProvident Corporation, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company (herein "defendants") in the above-captioned matter. I am one of the attorneys responsible for the handling of this matter on behalf of defendants. I have personal knowledge of the facts to which I declare, and if called as a witness could competently and completely testify to them.

2. I submit this declaration in response to the Court's September 21, 2007 Order that defendants submit a statement of its attorneys' fees and costs incurred in this matter. Between May 1, 2007 and September 30, 2007, defendants will have incurred $9,778.50 in attorneys' fees (47.7 hours at $205.00 per hour) in this matter. Defendants' costs (first filing fee) are $350.00. The Defendants' total amount of attorneys' fees and costs therefore is **$10,128.50.**

3. Our firm bills our clients in this matter on a monthly basis with a detailed billing statement which includes: daily entries regarding legal work performed (with itemized activity descriptions and attorney identification), time spent on the matter (in 1/10th hour increments), and the applicable hourly rate for each attorney. My hourly rate on this matter is $205.00.

4. Redacted copies of monthly billing statements for this matter, from May 2007 through August 2007, are attached collectively as Exhibit A. I have redacted portions of the statements regarding privileged communications with our clients and amongst defense counsel.

5. A billing statement for legal services rendered in September 2007 has not been prepared as of the signing of this declaration. However, I have reviewed my daily billing entries for September, 2007 and discuss those legal fees in paragraph 10, below.

6. In May 2007, defendants incurred $1,435.00 for legal fees (7.0 hours at $205.00 per hour) in this matter. Legal services included review and analysis of plaintiff's complaint, legal research regarding plaintiff's RICO allegations; removal of the action to federal court; and analysis and preparation of pleading strategy. Defendants also incurred a $350.00 filing fee.

7. In June 2007, defendants incurred $758.50 for legal fees (3.7 hours at $205.00 per hour) in this matter. Legal services pertained to communications with clients and drafting the answer to complaint.

8. In July 2007, defendants incurred $41.00 for legal fees (.2 hours at $205.00 per hour) in this matter. Legal services pertained to communications with clients.

9. In August 2007, defendants incurred $1,373.50 for legal fees (6.7 hours at $205.00 per hour) in this matter. Legal services included communications with clients, ADR review and selection issues, communications with plaintiff's counsel regarding same; and drafting the Joint Case Management Conference Statement.

10. Defendants will incur $6,170.50 in legal fees for September, 2007 (30.1 hours at $205.00 per hour). My daily billing entries for this matter in September, 2007 are: 9/6 (.1); 9/7 (2.7); 9/13 (2.2); 9/7 (5.7); 9/18 (.8); 9/19 (.1); 9/20 (.7); 9/21 (1.8); 9/25 (1.7); 9/26 (3.7); 9/27 (3.6); 9/28 (4.7); and 9/30 (2.3). The aforementioned charges include the following legal services: preparation for and attendance at the September 7, 2007 Case Management Conference; legal research and drafting defendants' certificate/memorandum for referral of related cases or *sua sponte* dismissal; review and analysis of plaintiff's response to Court's Order to Show Cause; communications with plaintiff's counsel; communications with clients; preparation for and attendance at the September 21, 2007 Case Management Conference; research and drafting the motion to dismiss and supporting declaration; detailed review and analysis of *Sommer I* pleading files re exhibits for motion to dismiss; draft statement of attorneys' fees.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 1st day of October, 2007, at San Francisco, California.

_____
John T. Burnite

E:\27162\P11.doc

-2-

**EXHIBIT A**

# Kelly, Herlihy & Klein LLP
## 44 Montgomery Street, Suite 2500
## San Francisco, CA 94104-4602

▓▓▓▓▓▓, Esq.
The Paul Revere Life Insurance Company
18 Chestnut Street
Worcester, MA 01608-1528

Page No. 1
May 31, 2007
Our File No. 2PRW1-27162
Invoice No. 25296

Alexander P. Sommer v. Unum Group

**Current fees**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2007 | JTB | Review and analysis of first amended complaint; review and analysis of Ninth Circuit opinion; research various court dockets regarding: previous litigation; legal research regarding: RICO allegations and statute of limitation issues; analysis of removal issues; conference with Thomas M. Herlihy regarding: ▓▓▓ | 3.40 205.00/hr | 697.00 |
| 5/22/2007 | JTB | Analysis of removal issues including responsive pleading strategy. | 0.30 205.00/hr | 61.50 |
| 5/25/2007 | JTB | Analysis of multiple removal grounds; review incoming documents from client regarding: ▓▓▓; telephone conference with Thomas M. Herlihy regarding: ▓▓▓. | 0.80 205.00/hr | 164.00 |
| 5/29/2007 | JTB | Prepare notice of removal; telephone conference with Ms. ▓▓▓ regarding: ▓▓▓. | 0.60 205.00/hr | 123.00 |
| 5/31/2007 | JTB | Draft notice of removal; draft certification of interested parties; correspondence with Ms. ▓▓▓ regarding: ▓▓▓; conference with Thomas M. Herlihy regarding ▓▓▓. | 1.90 205.00/hr | 389.50 |

**Total current fees**  7.00  $1,435.00

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John T. Burnite | 7.00 | 205.00 | $1,435.00 |

# Kelly, Herlihy & Klein LLP
### 44 Montgomery Street, Suite 2500
### San Francisco, CA 94104-4602

███████, Esq.
UnumGroup
18 Chestnut Street
Worcester, MA 01608-1528

Page No. 1
June 30, 2007
Our File No. 2PRW1.27162
Invoice No. 25554

Alexander P. Sommer v. Unum Group

**Current fees**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2007 | JTB | Review court notices regarding removal. | 0.20 205.00/hr | 41.00 |
| 6/6/2007 | JTB | Voicemail to and from Mr. Steelman regarding extension for responsive pleading. | 0.20 205.00/hr | 41.00 |
| 6/7/2007 | JTB | Draft stipulation to extend time to file responsive pleading; correspondence to Mr. Steelman regarding same; review fax from plaintiff's counsel regarding above; serve and file stipulation. | 0.70 205.00/hr | 143.50 |
| 6/18/2007 | JTB | Draft answer to complaint. | 0.60 205.00/hr | 123.00 |
| 6/19/2007 | JTB | Draft answer to complaint. | 1.00 205.00/hr | 205.00 |
| 6/20/2007 | JTB | Revise answer to complaint; conference with Ms. ███ regarding ███████████. | 0.50 205.00/hr | 102.50 |
| 6/21/2007 | JTB | Conference with Ms. ███ regarding ████████████████; revise affirmative defenses regarding answer; serve and file answer to complaint. | 0.40 205.00/hr | 82.00 |
| 6/28/2007 | JTB | Review email from Ms. ███ regarding ████████████. | 0.10 205.00/hr | 20.50 |

Total current fees    3.70    $758.50

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John T. Burnite | 3.70 | 205.00 | $758.50 |

# Kelly, Herlihy & Klein LLP
## 44 Montgomery Street, Suite 2500
## San Francisco, CA 94104-4602

████ Esq.
UnumGroup
18 Chestnut Street
Worcester, MA 01608-1528

Page No. 1
July 31, 2007
Our File No. 2PRW1.27162
Invoice No. 25728

Alexander P. Sommer v.
Unum Group

**Current fees**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2007 | JTB | Correspondence to Ms. ████ regarding ████ | 0.10 / 205.00/hr | 20.50 |
| 7/30/2007 | JTB | Review email from client regarding ████ | 0.10 / 205.00/hr | 20.50 |
| | | **Total current fees** | 0.20 | **$41.00** |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John T. Burnite | 0.20 | 205.00 | $41.00 |

# Kelly, Herlihy & Klein LLP
## 44 Montgomery Street, Suite 2500
## San Francisco, CA 94104-4602

███████, Esq.
UnumGroup
18 Chestnut Street
Worcester, MA 01608-1528

Page No. 1
August 31, 2007
Our File No. 2PRW1.27162
Invoice No. 25812

Alexander P. Sommer v.
Unum Group

**Current fees**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2007 | JTB | Review court issued documents, including ADR requirements; telephone conference with Ms. ████ regarding ████████; prepare ADR stipulation; telephone conference with ████████; prepare ADR stipulation; telephone conference with Mr. Steelman regarding same; fax stipulation to Mr. Steelman. | 1.80 205.00/hr | 369.00 |
| 8/17/2007 | JTB | Voicemails to plaintiff's counsel regarding ADR stipulation; review ADR rules regarding stipulation. | 0.20 205.00/hr | 41.00 |
| 8/27/2007 | JTB | Review court's notice regarding ADR selection; review email from Thomas M. Herlihy regarding ████; review filing of ADR Stipulation; review notice of referral to Early Neutral Evaluation. | 0.10 205.00/hr | 20.50 |
| 8/28/2007 | JTB | Prepare Case Management Conference report. | 0.30 205.00/hr | 61.50 |
| 8/29/2007 | JTB | Draft Joint Case Management Conference Report; email to Ms. ████ regarding ████; analysis of jury demand issue and timing regarding same. | 2.70 205.00/hr | 553.50 |
| 8/30/2007 | JTB | Further analysis of draft Case Management Conference Statement; correspondence to plaintiff's counsel regarding same; correspondence to and from Ms. ████ regarding ████. | 0.50 205.00/hr | 102.50 |
| 8/31/2007 | JTB | Telephone conferences (4x) with plaintiff's counsel regarding Case Management Conference Statement; review correspondence from plaintiff's counsel regarding proposed changes; revise same; correspondence to plaintiff's counsel regarding same; serve and file Case Management Conference Statement. | 1.10 205.00/hr | 225.50 |

**Total current fees** — 6.70 — **$1,373.50**