1  STEPHEN W. STEELMAN (CSBN 196147)
   *LAW OFFICE OF STEPHEN W. STEELMAN*
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Tel.   (415) 593-3777
   Fax    (415) 593-3778
4

5  Attorney for Plaintiff
   ALEXANDER P. SOMMER
6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

-oo0oo-

| ALEXANDER P. SOMMER, an individual | ) | CASE NO.  C-07-2864 SC |
| --- | --- | --- |
| Plaintiff, | ) | PLAINTIFF ALEXANDER P. SOMMER'S REQUEST FOR JUDICIAL NOTICE |
| v. | ) | |
| UNUM, UNUM PROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY; UNITED STATES LIFE INSURANCE COMPANY, AND DOES 1-300, | ) | |
| Defendants. | ) | |

Request for Judicial Notice: *Sommer* v. *UNUM*

1

2   Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Alexander P. Sommer hereby
3 requests that the court take judicial notice of: certain records of the California Department of
4 Insurance posted on its official website; Certain records of the <u>Office of the Secretary of</u>
5 <u>Commerce of the State of Tennessee</u>; certain documents printed out from UNUM's official
6 website on the world wide web; and, of certain news paper accounts, attached as **EXHIBIT'S**
7 "A" through "G" to the Declaration of Stephen W. Steelman in Opposition to Defendants'
8 Motion to Dismiss, filed and served concurrently with this request.

9   As to those records of the <u>California Department of Insurance</u> posted on its official
10 website and certain records of the <u>Office of the Secretary of Commerce of the State of Tennessee</u>
11 posted on her official website, the propriety of such request, and the fact that such records are
12 judicially noticeable, is provided by Federal Rule of Evidence 1005 which provides that the court
13 may take judicial notice of the contents of public record.

14   As to **EXHIBIT "A"** to the Declaration of Stephen W. Steelman, a print out from
15 UNUM's official website, the propriety of such request, and the fact that such records are
16 judicially noticeable, is provided by Federal Rule of Evidence 801(d)(2) which provides that an
17 admission by a party opponent is not hearsay and Federal Rule of Evidence 1001(3), providing
18 that: "If data are stored in a computer or similar device, any printout or other output readable by
19 sight, shown to reflect the data accurately, is an "original".

20   As to those **EXHIBIT "H"** the propriety of such request, and the fact that such records
21 are judicially noticeable, is provided by Federal Rule of Evidence 201 (b)(2) which provides that
22 the court may take judicial notice of facts, "capable of accurate and ready determination by resort
23 to sources whose accuracy cannot reasonably be questioned."

24   As to those certain news paper accounts the propriety of such request, and the fact that
25 such records are judicially noticeable, is provided by Federal Rule of Evidence 201 (b)(2) which
26 provides that the court may take judicial notice of facts "capable of accurate and ready
27 determination by resort to sources whose accuracy cannot reasonably be questioned."
28 Dated: October 9, 2006

Request for Judicial Notice: *Sommer* v. *UNUM*                                                                - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/S/
_____
STEPHEN STEELMAN
Counsel to Plaintiff
Alexander P. Sommer