1  STEPHEN W. STEELMAN (CSBN 196147)
   *LAW OFFICE OF STEPHEN W. STEELMAN*
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Tel.   (415) 593-3777
   Fax    (415) 593-3778
4

5  Attorney for Plaintiff
   ALEXANDER P. SOMMER
6

7

8               IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              -ooOoo-
10

11 ALEXANDER P. SOMMER, an individual      )    CASE NO.  C-07-2864 SC
                                           )
12          Plaintiff,                     )    DECLARATION OF STEPHEN
                                           )    STEELMAN IN OPPOSITION TO
      v.                                   )    DEFENDANTS MOTION TO
13                                         )    DISMISS
                                           )
14 UNUM, UNUM PROVIDENT CORPORATION;       )
   UNUM PROVIDENT LIFE INSURANCE           )
15 COMPANY OF AMERICA; FIRST UNUM          )
   LIFE INSURANCE COMPANY OF AMERICA;      )
16 PAUL REVERE LIFE                        )
   INSURANCE COMPANY;                      )
17 UNITED STATES LIFE INSURANCE            )
   COMPANY,                                )
18          AND DOES 1-300,                )
                                           )
19          Defendants.                    )
   _____)
20

Request for Judicial Notice: *Sommer* v. *UNUM*

I, Stephen W. Steelman, am attorney of record to plaintiff Alexander P. Sommer herein. I am, accordingly, thoroughly familiar with the facts and circumstances underlying this matter and could, and would if called to do so testify competently to the following:

1. Attached hereto, as **EXHIBIT "A"** is an Original document printed out by me from the official website of defendant herein UNUM Group;

2. Attached hereto, as **EXHIBIT "B"** is an Original document printed out by me from the official website of Goliath, a for-fee web-based business information provider;

3. Attached hereto, as **EXHIBIT "C"** is an Original document printed out by me from the official website the Department of Commerce of the State of Tennessee, home to UNUM Group;

4. Attached hereto, as **EXHIBIT "D"** is an Original document printed out by me from the official website the Department of Commerce of the State of Tennessee, home to defendant herein UNUM Group;

5. Attached hereto, as **EXHIBIT "E"** is an Original document printed out by me from the official website of the *New York Times*;

6. Attached hereto, as **EXHIBIT "F"** is an Original document printed out by me from the official website of the California Department of Insurance;

7. Attached hereto, as **EXHIBIT "G"** is an Original document printed out by me from the official website of the *Silicone Valley Business Journal*;

8. Attached hereto, as **EXHIBIT "H"** is an Original document printed out by me from the official website of a web based periodical entitled *Insurance Journal*;

   a. Pages one through three of such document proport to describe a certain letter from a member of the State Bar of California and the San Francisco Bar Association, one Ray Bourhis to the Insurance Commissioner of the State of California;

   b. Pages four through six proport to be an actual and original print out of correspondence itself.

/ / / / /

Dated: October 9, 2006

                                            /S/
                              STEPHEN STEELMAN
                              Counsel to Plaintiff
                              Alexander P. Sommer