EXHIBIT "A"



Home    About Us    Investor Information    Newsroom

Home > Investor Information > Investor Relations Home

## Investor Relations Home

- Stock Quotes
- Stock Dividend and Split History
- Ratings
- Earnings Estimates
- Analysts Coverage
- Corporate Governance
   - Executive Officers
   - Board of Directors
- Financial Reports
- SEC Filings
- Calendar
- News Releases
- FAQ
- Requests and Feedback

**Stock Quote**

**UNM (Common)**

| | |
|---|---|
| Exchange | NYSE (US Dollar) |
| Price | **$25.88** |
| Change (%) | ▲ 0.28 (1.09%) |
| Volume | 2,272,500 |

Data as of 10/09/07 3:59 p.m. ET
Minimum 20 minute delay
Refresh quote

**Corporate Profile**

Through its insurance subsidiaries, Unum is the industry leader[1] in group and individual income protection and related coverages and services, insuring more than 25 million people. Unum offers a comprehensive, integrated portfolio of products and services backed by industry-leading return-to-work resources and disability expertise. Headquartered in Chattanooga, Tennessee, Unum has significant U.S. operations in Portland, Maine, Worcester, Massachusetts, Glendale, California and Columbia, South Carolina (Colonial Life & Accident Insurance Company) and in the United Kingdom, Dorking, England. The Company employs more than 10,000 people worldwide.

In 2006, Unum reported revenue of more than $10.5 billion which included $7.95 billion in premium income. Total assets on December 31, 2006 totaled $52.8 billion and shareholder equity stood at $7.7 billion.

---

(1)
Unum represents the multiple insuring subsidiaries of Unum Corporation, including the #1 group and individual income protection carriers in the United States, according to the JHA 2006 U.S. Group and Individual Disability Market Surveys, 2006.

**Recent News**                                                      More >>

| Date | Title | |
|---|---|---|
| 10/03/07 | Unum Group to Release Third Quarter 2007 Results and Host Conference Call |  |
| 09/18/07 | CORRECTING and REPLACING Unum Group Announces 2007 Investor Meeting | |

09/18/07  Unum Group Announces 2007 Investor Meeting 

09/10/07  Unum Kicks off Football Campaign with ESPN

Powered By EDGAR Online

Replication or redistribution of EDGAR Online, Inc. content is expressly prohibited wi
Inc. EDGAR Online, Inc. shall not be liable for any errors or delays in the content, or

BACK TO TOP

Important Legal and Privacy Notices        © 2007 Unum Group. All Righ