EXHIBIT "B"

Reading Room

GOLIATH
BUSINESS KNOWLEDGE ON DEMAND

Print | Save | Email

# UNUM JAPAN FORCED INTO 1 MTH SUSPENSION OVER FALSIFIED RECORDS.

**AsiaPulse News Jan 10 , 2003**

TOKYO, Jan 10 Asia Pulse - The Financial Services Agency has ordered Unum Japan Accident Insurance Co. to suspend operations for the 30 days from Jan. 20 to Feb. 18, the longest suspension of an insurer that has ever been ordered.

The FSA issued the directive after it was discovered that the U.S.-affiliated casualty insurer falsified board meeting minutes and committed other legal violations.

It has also directed the U.S. parent to directly oversee Unum Japan and improve its business practices. Should the unit fail to do so, the agency may impose even heavier sanctions.

Unum Japan's violations were discovered through an examination conducted by the FSA. Out of the 12 board meetings held during 2001, the company falsified the records of 10.

(Nikkei) 10-01 1243

COPYRIGHT 2003 Asia Pulse Pte Ltd

Copyright ©2007 Goliath. All rights reserved.    Terms of Use    Privacy Statement    Help

Best viewed with Microsoft Internet Explorer version 5.0 or higher.