EXHIBIT "E"



NYTimes.com > Business

# UnumProvident Accepts Penalty

**By THE ASSOCIATED PRESS**
Published: November 19, 2004

ALBANY, Nov. 18 (AP) - The UnumProvident Corporation agreed to pay $15 million in fines and reassess 200,000 denied claims to end investigations by attorneys general of several states and federal regulators into the denial of disability benefits, the company said Thursday.

The company estimates the settlement will cost it $100 million in restitution to policyholders and in enacting required changes.

The company, based in Chattanooga, Tenn., and five subsidiaries had been accused of wrongly denying claims for long-term disability policies.

The subsidiaries covered by the settlement are the Unum Life Insurance Company of America, the Paul Revere Life Insurance Company, the Provident Life and Casualty Insurance Company, Provident Life and Accident Insurance Company and the First Unum Life Insurance Company, said Eliot Spitzer, New York attorney general.

Benefits were inappropriately denied in individual and group long-term disability insurance policies, said Gregory Serio, Insurance Department superintendent.

**ARTICLE TOOLS**
E-Mail This Article
Printer-Friendly Form
Most E-Mailed Article
Reprints & Permissio

**TIMES NEWS TRACKER**
Topics
UnumProvident Corporation
Insurance
Attorneys General
Track news that interes
Create Your Own
Most Popular Alerts
CLICK HERE TO SUBSCRI




NYT Keepsake Insi
Reprint
Buy Now

**TOP NYTIMES.COM ARTICLES**
* Iraq's Premier Is Asked to Quit as Shiites Split
* Labor Shortage in China May Lead to Trade Shift