# EXHIBIT "G"




Members: **Log in**
Not Registered? **Register** for free extra services.

HOME | ONLINE EDITION | PRINT EDITION | SUBSCRIBE | MARKETPLACE | BUSINESS RESOURCES

Search  Keywords  GO  Search Archive                    News by Company

LATEST NEWS

San Jose > News > Industries > Banking & Financial Services - Insurance

Monday, October 3, 2005

# UnumProvident fined $8M; broad changes expected

Silicon Valley / San Jose Business Journal

Print Article | Email Article | Reprints | RSS Feeds | Add to Del.icio.us | Digg This

**Related News**

CHD to operate health resource centers for UnumProvident [Nashville]

UnumProvident to review denied claims [Columbus]

Wisconsin joins settlement with disability insurer UnumProvident [Milwaukee]

The largest U.S. disability insurer will pay a multimillion dollar fine and reexamine up to 26,000 California cases as part of a settlement with state regulators that could eventually change the rules here for all such insurers, and maybe those in other fields.

The fine of $8 million against Chattanooga, Tenn.-based **UnumProvident Corp.** would be the largest ever imposed by the California Department of Insurance. It would settle allegations, raised by an investigation launched by the state in 2003, that more than 25 of the insurer's business practices violated the law. Under the settlement, UnumProvident (NYSE: UNM) admitted no wrongdoing.

The investigation uncovered more than 25 business practices that the Department of Insurance said violated California law, including:

-- Knowingly applying the wrong definition of "total disability" in claims handling;

-- Selectively and inappropriately using independent medical exams and other medical

information to the company's own advantage;

-- Mischaracterizing certain non-sedentary nursing occupations as sedentary, which required policyholders to find sedentary nursing work instead of receiving the disability benefits to which they were entitled.

As a result of the settlement, the department said the following could occur:

-- California claimants who opted in under the multistate settlement will be reassessed under California settlement standards;

-- A higher standard must be met for the insurer to reject a claimant's doctor's opinion on disability, and the reasons must be documented in claim files;

-- Claimants or their doctors may request an independent medical examination;

-- All other claims handling changes implemented in the multistate settlement are incorporated within the California settlement.

The terms of the agreement with UnumProvident will apply to California cliamants who were denied benefits between Jan. 1, 1997 and Sept. 30, 2005.

Credit rating agency Fitch say Unum Provident's ratings and that of its wholly owned insurance subsidiaries will be unaffected by Monday's announcement and that the impact will be "limited and within ratings expectations."

[Contact the Editor] [Need Assistance?] [More Latest News →]

[More News Headlines] [Popular News Stories]

**Related Industry News**
- Web site lets buyers compare title insurance rates [San Jose]
- OIR denies filing, cancels hearing [Orlando]
- Allianz settles with state AG [Minneapolis / St. Paul]
- OIR denies filing, cancels hearing [South Florida]
- Insurance nonprofit names Rochman to top job [Tampa Bay]

**Latest News**
- Anacor to work with GlaxoSmithKline to fight infectious diseases
- Analysts: BofA looks at $1B in mortgage write-down
- Integrated Healthcare Association names California's top-quality medical groups
- Netgear moves from Santa Clara to San Jose
- Google stock passes $600 milestone

**Business Pulse Survey**
Will the economy have an impact on your holiday spending this year?

**Business Directory**
Find local business services by clicking on a category
- Air Travel
- Apply for Jobs
- Janitorial Services
- Laser Eye Surgery
- Recurring Billing Services