THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jtb@kelher.com

Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE
COMPANY OF AMERICA, FIRST UNUM
LIFE INSURANCE COMPANY OF AMERICA, and THE
PAUL REVERE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Defendants | Case No.: C07-2846 SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION** |

1   Pursuant to ADR Rule 5-5, defendants UNUM Group, Unum Life Insurance Company of
2   America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance
3   Company ("defendants") and plaintiff Alexander P. Sommer, by and through their respective
4   counsel, hereby stipulate that the time to complete Early Neutral Evaluation ("ENE") in this
5   matter be extended for good cause shown.
6   WHEREAS, on August 27, 2007, the district court ordered this matter to ENE (pursuant
7   to the parties' ADR stipulation), to be completed within 90 days thereafter;
8   WHEREAS, on September 21, 2007, at a Case Management Conference, the court set a
9   specific briefing schedule for defendants' motion to dismiss;
10  WHEREAS, the parties have submitted their respective papers regarding the motion to
11  dismiss, and the motion is now under submission;
12  WHEREAS, the appointed ENE evaluator is attempting to schedule the ENE pre-
13  conference and conference dates pursuant to the November 25, 2007 ENE completion deadline;
14  Good cause exists to extend the ENE deadline so that the motion to dismiss may be
15  decided before any party is forced to incur any further legal fees and costs, and to obviate any
16  unnecessary work-up by the appointed ENE evaluator, Stephen McKae, Esq.
17  IT IS SO STIPULATED.

LAW OFFICE OF STEPHEN W. STEELEMAN

Dated: October 23, 2007

By _____
Stephen W. Steelman
Attorneys for Plaintiff
ALENXANDER P. SOMMER

24  //
25  //
26  //
27  ///
28  //

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ENE
CASE NO. C07-2846 SC

|   |   |
|---|---|
| | KELLY, HERLIHY & KLEIN LLP |
| Dated: October 23, 2007 | By _____/s/ John T. Burnite_____<br>John T. Burnite<br>Attorneys for Defendants<br>UNUM GROUP, UNUM LIFE INSURANCE COMPANY OF AMERICA, FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA, and THE PAUL REVERE LIFE INSURANCE COMPANY |

## ORDER

Good cause having been shown, it is hereby ordered that the deadline for the parties to complete the ENE in this matter is extended to December 20, 2007.

IT IS SO ORDERED.

DATED: October 24, 2007

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

E:\27162\P12.doc