THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jtb@kelher.com

Attorneys for Defendants
UNUM GROUP, UNUM LIFE INSURANCE
COMPANY OF AMERICA, FIRST UNUM
LIFE INSURANCE COMPANY OF AMERICA, and THE
PAUL REVERE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Defendants | Case No.: C07-2846 SC<br><br>JUDGMENT |

1  Pursuant to the Court's Order issued on November 13, 2007, the Court hereby enters
2  judgment in favor of defendants UNUM Group f/k/a UnumProvident Corporation, Unum Life
3  Insurance Company of America, First Unum Life Insurance Company of America, and The Paul
4  Revere Life Insurance Company and against plaintiff Alexander P. Sommer.

6  IT IS SO ADJUDGED.

   DATED: December __, 2007
8                                              _____
                                               SAMUEL CONTI
9                                              UNITED STATES DISTRICT JUDGE

13  E:\27162\P13.doc