# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>      Plaintiff,<br><br>   vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>      Defendants | Case No.: C07-2846 SC<br><br>JUDGMENT |

Pursuant to the Court's Order issued on November 13, 2007, the Court hereby enters judgment in favor of defendants UNUM Group f/k/a UnumProvident Corporation, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company and against plaintiff Alexander P. Sommer.

IT IS SO ADJUDGED.

DATED: December 18, 2007

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE