1  STEPHEN W. STEELMAN (CSBN 196147)
   *LAW OFFICE OF STEPHEN W. STEELMAN*
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Tel.   (415) 593-3777
   Fax    (415) 593-3778
4

5  Attorney for Plaintiff
   ALEXANDER P. SOMMER
6

7

8              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                           -oo0oo-
10

11 ALEXANDER P. SOMMER, an individual     )   CASE NO.  C-07-2846 SC
                                          )
12         Plaintiff,                     )   PLAINTIFF ALEXANDER P.
                                          )   SOMMER'S NOTICE OF APPEAL
13     v.                                 )
                                          )
14 UNUM, UNUM PROVIDENT CORPORATION;      )
   UNUM PROVIDENT LIFE INSURANCE          )
15 COMPANY OF AMERICA; FIRST UNUM         )
   LIFE INSURANCE COMPANY OF AMERICA;     )
16 PAUL REVERE LIFE                       )
   INSURANCE COMPANY;                     )
17 UNITED STATES LIFE INSURANCE           )
   COMPANY,                               )
18         AND DOES 1-300,                )
                                          )
19         Defendants.                    )
   _____)
20

21         PLEASE TAKE NOTICE THAT Plaintiff Alexander P. Sommer hereby appeals to

22 the United States Court of Appeal for the Ninth Circuit from the Judgment filed and entered by

23 the District Court on December 18, 2007.

24 A true ands correct copy of such Judgment is attached hereto as **EXHIBIT "A."**

25 Respectfully submitted this 19th day of September 2007,

26
                             By: _____
27                               STEPHEN STEELMAN
                             *THE LAW OFFICE OF STEPHEN W. STEELMAN*
28                               Counsel to Plaintiff
                                 ALEXANDER P. SOMMER

Notice of Appeal: *Sommer v. UNUM*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY,<br><br>Defendants | Case No.: C07-2846 SC<br><br>JUDGMENT |

Pursuant to the Court's Order issued on November 13, 2007, the Court hereby enters judgment in favor of defendants UNUM Group f/k/a UnumProvident Corporation, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company and against plaintiff Alexander P. Sommer.

IT IS SO ADJUDGED.

DATED: December 18, 2007

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE