```
STEPHEN W. STEELMAN (CSBN 196147)
LAW OFFICE OF STEPHEN W. STEELMAN
22 Battery Street, Suite 333
San Francisco, CA 94111
Tel.   (415) 593-3777
Fax   (415) 593-3778


Attorney for Plaintiff
ALEXANDER P. SOMMER
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

-oo0oo-

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual | CASE NO. C-07-2846 SC |
| Plaintiff, | PLAINTIFF ALEXANDER P. SOMMER'S REPRESENTATION STATEMENT |
| v. | |
| UNUM, UNUM PROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY; UNITED STATES LIFE INSURANCE COMPANY, AND DOES 1-300, | |
| Defendants. | |

    The undersigned represents plaintiff Alexander P. Sommer in this matter, and no other parties.

    Attached is a service list that shows all of the parties to the action in the lower court and identifies their counsel by name, firm, address and telephone number.

By: _____
STEPHEN STEELMAN
THE LAW OFFICE OF STEPHEN W. STEELMAN
Counsel to Plaintiff
ALEXANDER P. SOMMER

Representation Statement: *Sommer v. UNUM*

## SERVICE LIST

| | |
|---|---|
| Thomas Herlihy<br>John Burnite<br>Kelly Herlihy & Klein LLP<br>44 Montgomery St #2500<br>San Francisco, CA 94104-4602<br>Tel.  (415) 951-0535<br>Fax  (415) 391-7808 | Attorneys for all defendants, including:<br><br>UNUM GROUP; UNUM LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA and; THE PAUL REVERE LIFE INSURANCE COMPANY |