

08-15135

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**JAN 2 3 2008**

FILED_____
DOCKETED_____
                    DATE        INITIAL

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 18, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-02846 SC</u>**

**CASE TITLE: <u>ALEXANDER P SOMMER-v-UNUM UNUMPROVIDENT CORP</u>**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                             Sincerely,

                             RICHARD W. WIEKING, Clerk

                             by: <u>Alfred Amistoso</u>
                             Case Systems Administrator

cc: Counsel of Record



**FILED**
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA
24 JAN 2008 PM 4

RECEIVED
JAN 28 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES