1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jtb@kelher.com
6

7
   Attorneys for Defendants
8  UNUM GROUP, UNUM LIFE INSURANCE
   COMPANY OF AMERICA, FIRST UNUM
9  LIFE INSURANCE COMPANY OF AMERICA, and THE
   PAUL REVERE LIFE INSURANCE COMPANY
10

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14 | ALEXANDER P. SOMMER, an individual, by ) Case No.:  C07-2846 SC
15 | and through his Guardian ad Litem,       )
   | CHRISTIAN SOMMER,                        )
16 |                                          ) **SUBSTITUTION OF ATTORNEY**
   |          Plaintiff,                      )
17 |                                          )
   |    vs.                                   )
18 |                                          )
   | UNUM, UNUMPROVIDENT                      )
19 | CORPORATION; UNUM PROVIDENT LIFE         )
   | INSURANCE COMPANY OF AMERICA;            )
20 | FIRST UNUM LIFE INSURANCE                )
   | COMPANY OF AMERICA; PAUL REVERE          )
21 | LIFE INSURANCE COMPANY,                  )
22 |                                          )
   |          Defendants                      )
23

24

25

26

27

28

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company hereby substitutes counsel as follows:

1. Former legal representative:

    Kelly, Herlihy & Klein, LLP

2. **New legal representative**:

    Thomas M. Herlihy, Esq. (SBN 83615)
    John C. Ferry, Esq. (SBN 104411)
    Wilson, Elser, Moskowitz, Edelman & Dicker
    525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
    Tel: (415) 433-0990
    Fax: (415) 434-1370

3. The party making this substitution are defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company.

4. I consent to this substitution.

Dated: March 31, 2008      Gayle Flanders Weiss  /s/ Gayle Flanders
                           (Print Name)          (Signature of party)

-1-

SUBSTITUTION OF ATTORNEY

CASE NO. C07-2846 SC

5. I consent to this substitution.

Dated: ~~March~~ Azrıl 3, 2008        Thomas M. Herlihy        _____
                                     (Print Name)              (Signature of former attorney)

6. I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 3, 2008       Thomas M. Herlihy        _____
                                     (Print Name)              (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008        _____
                                     UNITED STATES DISTRICT JUDGE

E:\27162\P14.doc

-2-

SUBSTITUTION OF ATTORNEY

CASE NO. C07-2846 SC