| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223)<br>KELLY, HERLIHY & KLEIN LLP |
| 3 | 44 Montgomery Street, Suite 2500<br>San Francisco, CA 94104-4798 |
| 4 | Tel.: (415) 951-0535<br>Fax: (415) 391-7808 |
| 5 | Email: herlihy@kelher.com |
| 6 | jtb@kelher.com |
| 7 | |
| 8 | Attorneys for Defendants<br>UNUM GROUP, UNUM LIFE INSURANCE |
| 9 | COMPANY OF AMERICA, FIRST UNUM<br>LIFE INSURANCE COMPANY OF AMERICA, and THE |
| 10 | PAUL REVERE LIFE INSURANCE COMPANY |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad Litem, CHRISTIAN SOMMER, | ) ) ) ) | Case No.: C07-2846 SC |
| Plaintiff, | ) ) | **SUBSTITUTION OF ATTORNEY** |
| vs. | ) ) | |
| UNUM, UNUMPROVIDENT CORPORATION; UNUM PROVIDENT LIFE INSURANCE COMPANY OF AMERICA; FIRST UNUM LIFE INSURANCE COMPANY OF AMERICA; PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company hereby substitutes counsel as follows:

1. Former legal representative:

   Kelly, Herlihy & Klein, LLP

2. **New legal representative:**

   Thomas M. Herlihy, Esq. (SBN 83615)
   John T. Burnite, Esq. (SBN 104411)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution are defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company.

4. I consent to this substitution.

Dated: April 11, 2008   Gayle Flanders Weiss      /s/ Gayle Flanders Weiss
                        (Print Name)              (Signature of party)
                                                  Chief Litigation
                                                  Vice President & Counsel
                                                  Authorized to sign on behalf of
                                                  Unum Group, Unum Life Insurance
                                                  Company of America, First Unum
                                                  Life Insurance Company of America,
                                                  and The Paul Revere Life Insurance
                                                  Company

-1-

5.   I consent to this substitution.

Dated: April 11, 2008          Thomas M. Hurlihy
                               (Print Name)          (Signature of former attorney)

6.   I am duly admitted to practice in this District and accept this substitution.

Dated: April 11, 2008          Thomas M. Hurlihy
                               (Print Name)          (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008    _____
                               UNITED STATES DISTRICT JUDGE