```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN T. BURNITE (SBN 162223)
 2  KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA 94104-4798
    Tel.: (415) 951-0535
 4  Fax: (415) 391-7808
 5  Email: herlihy@kelher.com
           jtb@kelher.com
 6

 7
    Attorneys for Defendants
 8  UNUM GROUP, UNUM LIFE INSURANCE
    COMPANY OF AMERICA, FIRST UNUM
 9  LIFE INSURANCE COMPANY OF AMERICA, and THE
    PAUL REVERE LIFE INSURANCE COMPANY
10
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
14  ALEXANDER P. SOMMER, an individual, by )  Case No.:  C07-2846 SC
    and through his Guardian ad Litem,       )
15  CHRISTIAN SOMMER,                        )
                                             )  SUBSTITUTION OF ATTORNEY
16                                           )
              Plaintiff,                     )
17                                           )
         vs.                                 )
18                                           )
    UNUM, UNUMPROVIDENT                      )
19  CORPORATION; UNUM PROVIDENT LIFE         )
    INSURANCE COMPANY OF AMERICA;            )
20  FIRST UNUM LIFE INSURANCE                )
    COMPANY OF AMERICA; PAUL REVERE          )
21  LIFE INSURANCE COMPANY,                  )
                                             )
22                                           )
              Defendants                     )
23
24
25
26
27
28
```

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company hereby substitutes counsel as follows:

1. Former legal representative:

   Kelly, Herlihy & Klein, LLP

2. **New legal representative:**

   Thomas M. Herlihy, Esq. (SBN 83615)
   John T. Burnite, Esq. (SBN 104411)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution are defendants Unum Group, Unum Life Insurance Company of America, First Unum Life Insurance Company of America, and The Paul Revere Life Insurance Company.

4. I consent to this substitution.

Dated: April 11, 2008   Gayle Flanders Weiss   /s/ Gayle Flanders Weiss
                        (Print Name)            (Signature of party)
                                                Chief Litigation
                                                Vice President & ~~Counsel~~ Counsel
                                                Authorized to sign on behalf of
                                                Unum Group, Unum Life Insurance
                                                Company of America, First Unum
                                                Life Insurance Company of America,
                                                and The Paul Revere Life Insurance
                                                Company

-1-

SUBSTITUTION OF ATTORNEY                        CASE NO. C07-2846 SC

334159.1

5. I consent to this substitution.

Dated: April 11, 2008      Thomas M. Hurihy                    _____
                            (Print Name)                        (Signature of former attorney)

6. I am duly admitted to practice in this District and accept this substitution.

Dated: April 11, 2008      Thomas M. Hurihy                    _____
                            (Print Name)                        (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____April 15_____, 2008

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*