FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 23 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER P. SOMMER, an individual, by and through his Guardian ad litem, Christian Sommer,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNUM; et al.,<br><br>Defendants - Appellees. | No. 08-15135<br><br>D.C. No. CV-07-02846-SC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court.

                        For the Court:
                        MOLLY C. DWYER
                        Clerk of the Court

                        Teresa A. Haugen, Deputy Clerk
                        9th Cir. R. 27-7/Advisory Note to R. 27
                        and 9th Cir. R. 27-10

TAH/Pro Mo