**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:  **CV 07-02846 SC**
CASE TITLE:   **ALEXANDER P SOMMER-v- UNUM UNUMPROVIDENT CORP**
DATE MANDATE FILED:  04/29/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                           Sincerely,

                                           RICHARD W. WIEKING, Clerk

                                           *[signature]*

                                           by: Alfred Amistoso
                                           Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16